ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
DEANA SHIRELLE NOLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00301-AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
|  | ) CONTINUE CHANGE OF PLEA |
| DEANA SHIRELLE NOLEN AND WILLIE SHERMAN PRUDE, | ) Date: April 15, 2013 |
|  | ) Time: 10:00 a.m. |
|  | ) Hon. Anthony W. Ishii |
| Defendants. | ) |

Plaintiff United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

   1. By previous order, this matter was set for Change of Plea on April 15, 2013, at 10:00 a.m.

   2. By this stipulation, defendant now moves to continue the Change of Plea until **May 20, 2013, at 10:00 a.m.** and to exclude time between April 15, 2013, and May 20, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

   3. The parties agree and stipulate, and request that the Court find the following:

- 1 -
Stipulation and [Proposed] Order to Continue Change of Plea
CASE NO.: 1:12-CR-00310-AWI

      a. The Defendants are still working on acquiring the funds needed to travel to this court for their Change of Plea and Sentencing hearings.

      b. Additional time is needed for further plea negotiations.

      c. The government does not object to the continuance.

      d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the original date prescribed by the Speedy Trial Act.

      e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 15, 2013, to May 20, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at Defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///

IT IS SO STIPULATED.

Dated: April 11, 2013          */s/ Kirk E. Sherriff*
                               Assistant United States Attorney

Dated: April 11, 2013          */s/ Anthony P. Capozzi*
                               Anthony P. Capozzi
                               Attorney for
                               DEANA SHIRELLE NOLEN

Dated: April 11, 2013          */s/ Carl Faller*
                               Carl Faller
                               Attorney for
                               WILLE SHERMAN PRUDE

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 15, 2013, to, and including, May 20, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Change of Plea currently scheduled for April 15, 2013, at 10:00 a.m. is continued to **May 20, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  April 11, 2013                    _____
                                          SENIOR DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28